Geri N. Kahn, Esq., SBN 148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email: gkahn@pacbell.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Candida GUTIERREZ, | Case No.: 3:12-cv-01390-MEJ |
| Plaintiff, | STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED ORDER] |
| vs. | |
| MICHALE J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other matters with approaching deadlines. The transcript in this proceeding is over 500 pages. Plaintiff's counsel needs additional time to review the transcript and to write the Motion.

2. Plaintiff's counsel has spoken with Theophous Reagans, Esq., defendant's counsel and he has indicated that he is agreeable to a 60 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on October 1, 2012, Defendant's reply brief on October 31, 2012 and Plaintiff's optional response brief on November 14, 2012.

Respectfully submitted,

Dated: July 31, 2012         /s/ Geri N. Kahn
                             GERI N. KAHN
                             Attorney for Plaintiff


Dated: July 31, 2012         /s/ Theophous Reagans
                             THEOPHOUS REAGANS
                             Special Assistant United States Attorney
                             Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August _1_, 2012       _____
                             Maria-Elena James
                             United States Magistrate Judge