MALINDA HAAG
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CANDIDA GUTIERREZ,<br>Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>Defendant. | CIVIL NO. 12-01390 MEJ<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up and through November 31, 2012, in which to e-file his Cross-Motion for Summary Judgment. This extension is requested because counsel has been on leave and needs additional time to review the case and draft a cross-motion. Counsel apologizes for the delay and inconvenience caused to the Court.

///

///

///

///

///

Dated: November 2, 2012

*/s/ Geri N. Kahn*
*(As authorized via email on 11/2/2012)*
GERI N. KAHN
Attorney for Plaintiff

MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: November 2, 2012 By: */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2012

MARIA-ELENA JAMES
United States Magistrate Judge