Geri N. Kahn, Esq. (SBN 148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email:  gkahn@pacbell.net

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CANDIDA GUTIERREZ,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>MICHAEL J. ASTRUE, Commissioner of  )<br>  )<br>Social Security  )<br>  )<br>           Defendant.  ) | Case No.: 12-01390 MEJ<br><br>**Parties' Stipulation and [Proposed] Order extending Plaintiff's deadline to file Application for EAJA fees** |

The Court entered its Judgment in this matter on June 7, 2013 in favor of Plaintiff. Plaintiff intends to seek fees, costs, and expenses in this case pursuant to the Equal Access to Justice Act ("EAJA"). An applicant for attorney's fees under the EAJA must file an application within thirty days of the final judgment in the civil action. 28 U.S.C. §2412(d)(1)(B).

Plaintiff and the Commissioner have not yet had an opportunity to meet and confer with respect to attorney's fees and expenses in this case.

Accordingly, the parties stipulate and agree, and request that the Court enter an order extending the deadline for Plaintiff to file a motion for attorney's fees, costs, and expenses to **July 22, 2013**. Before filing a motion for attorney's fees, costs, and expenses under EAJA, Plaintiff will meet and confer with the Commissioner in a good faith attempt to reach a stipulated amount. By entering into this Stipulation, the Commissioner does not waive any defenses as to whether Plaintiff is entitled to any attorney fees, costs or expenses in this case.

Respectfully submitted,

Dated: July 5, 2013					/s/ Geri Kahn
							GERI N. KAHN
							Attorney for Plaintiff


Dated:  July 5, 2013					/s/ Donna Anderson for Theophous Reagans
							DONNA W. ANDERSON for THEOPHOUS REAGANS
							Special Assistant United States Attorney
							Attorney for Defendant


**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED


Dated: July  8   2013				_____
							Maria-Elena James
							United States Magistrate Judge